THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MARCUS STEVEN ROUSE,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SONNTAG,<br><br>    Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:23-cv-00484-JNP<br><br>District Judge Jill N. Parrish |

Reviewing this prisoner civil-rights complaint under 28 U.S.C. § 1915A, in an Order dated January 17, 2024, the Court deemed it deficient. (ECF Nos. 4, 10.) The Court gave directions for curing deficiencies and ordered deficiencies be cured within thirty days. (ECF No. 10.) Plaintiff did not respond and has not since been heard from at all since he filed a partial fee payment on October 19, 2023--nearly six months ago. (ECF No. 8.)

**IT IS ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), follow the Court's Order, and prosecute this case, *see* DUCivR 41-2. This action is **CLOSED.**

DATED April 10, 2024.

BY THE COURT:

JUDGE JILL N. PARRISH
United States District Court